UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ  08736
(732) 223-8484
Attorneys for Debtor
Peter J. Broege, Esq.
PB 9313

In Re:

    Patrice A. Gallo

    Debtor

Case No. 22-10549(CMG)

Chapter: 7

Hearing Date:

Judge:  Honorable Christine M. Gravelle

## AFFIDAVIT CERTIFYING COMPLIANCE WITH ORDER RESPECTING AMENDMENT TO SCHEDULES D, E/F, G, H, OR LIST OF CREDITORS ENTERED ON FEBRUARY 16, 2022

Peter J. Broege, on his oath, being duly sworn and of full age, deposes and says:

1.    I am a member of the law firm of Broege Neumann Fischer & Shaver, L.L.C., the attorneys for the Debtor in the within matter.

2.    On February 28, 2022 by regular mail, I forwarded a copy of the Amendment to Schedule E/F filed on February 14, 2022 and the Order Respecting Amendment to Schedules D, E/F, G, H or List of Creditors filed by the Court on February 16, 2022 to the creditors named on the amendment.

3.    In addition and in accordance with the aforesaid order, I advised by letter the date of filing of the petition for relief, the date of the meeting of creditors, that the court has not fixed a deadline for creditors to file claims in the case, the deadline to file a complaint objecting to discharge or dischargeability of certain debts and the fact that the affected creditor has the right

to examine the debtor upon appropriate application to the Court. A copy of said letter is attached hereto and made a part of this Affidavit.

4.    I make this affidavit to support the Debtor's compliance with the aforesaid Order Respecting Amendment to Schedule D, E/F, G, H or List of Creditors.

/s/ Peter J. Broege

Sworn and subscribed to before me
this 28TH day of February, 2022

/s/ Kelly C. Rotsma
A Notary Public of the State of New Jersey
My Commission Expires March 8, 2026

# BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
## ATTORNEYS AT LAW
### A LIMITED LIABILITY COMPANY

TIMOTHY P. NEUMANN
PETER J. BROEGE
FRANK J. FISCHER*
DAVID E. SHAVER
GEOFFREY P. NEUMANN
*MEMBER NATIONAL
ACADEMY OF ELDER
LAW ATTORNEYS

OF COUNSEL
CARL BROEGE

OLD SQUAN PLAZA
25 ABE VOORHEES DRIVE
MANASQUAN, NEW JERSEY 08736
(732) 223-8484

TELEFAX (732) 223-2416

February 28, 2022

Lisa E. Halpern, Esq.
500 Hooper Avenue
Toms River, NJ 08754

Re:  Patrice A. Gallo
     *Chapter 7 Case No. 22-10549(CMG)*

Dear Ms. Halpern:

Please be advised that our firm represents the Debtor in the above referenced Chapter 7 proceeding before the United States Bankruptcy Court for the District of New Jersey (Trenton Division).

Enclosed herewith and duly served upon you is a copy Order Respecting Amendment to Schedule D, E/F, G, H or List of Creditors that was entered by the Honorable Christine M. Gravelle on February 16, 2022 along with the Amendment to Schedules E/F that was filed on February 14, 2022. In accordance with the order respecting amendment, we advise you of the following:

1. The date of the filing the petition for relief was January 24, 2022.

2. The date of the meeting of creditors was February 16, 2022.

3. The Court has not fixed a deadline for creditors to file claims in this case.

4. The deadline to file a complaint objecting to discharge of the Debtor or to determine dischargeability of certain debts is April 18, 2022 or 60 days from February 16, 2022, whichever is longer.

5. You may examine the Debtor by subpoena pursuant to Rule 2004 of the Rules of Bankruptcy Procedure.

We have also enclosed herewith for your records a copy of the Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline generated by the Bankruptcy Court.

Very truly yours,

Peter J. Broege

PJB/kcr
Enclosure
cc:  Patrice Gallo w/enc