UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Patrice Gallo

Case No.: 22-10549
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable  Christine M. Gravelle, U.S.B.J.  on  April 12, 2022  at  10:00  a.m. at the United States Bankruptcy Court, Courtroom no.  3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  Debtor's one-half interest in
22 Regina Drive, Brick, New Jersey
valued at $612,000.00

Liens on property:  Select Portfolio Servicing, $524,422.00
costs of sale estimated at 10%, or $61,000.00

Amount of equity claimed as exempt:  $25,150.00

Objections must be served on, and requests for additional information directed to:

Name:  Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.:  (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Patrice A. Gallo  
    Debtor

Case No. 22-10549-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 14, 2022      Form ID: pdf905      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patrice A. Gallo, 22 Regina Dr, Brick, NJ 08724-2802 |
| 519490628 | | BCA Financial Service, For Mon Med Ctr #65452139, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 519490629 | | BCA Financial Services, for Community Med Ctr #54744248, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 519490630 | | C.Tech Collections, Inc., For Hackensack Med Grp #101600159, PO Box 402, Mt. Sinai, NY 11766-0402 |
| 519490633 | | Celentano Stadtmauer & Walentowicz, Attys for Jersey Shore Uni Med Ctr, PO Box 2594, Clifton, NJ 07015-2594 |
| 519490635 | | Coastal Imaging, LLC, PO Box 4238, Portsmouth, NH 03802-4238 |
| 519490640 | | HESAA - NJ Class, Loan Servicing, PO Box 544, Trenton, NJ 08625-0544 |
| 519490637 | | Hackensack Meridian Health Med Grp, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 519490638 | | Hackensack Meridian Urgent Car, 484 Temple Hill Rd Ste 103, New Windsor, NY 12553-5529 |
| 519490639 | | Hackensack Meridian Urgent Care, PO Box 870, Newburgh, NY 12551-0870 |
| 519490641 | | Invitae Corporation, PO Box 24132, Pasadena, CA 91185-4132 |
| 519490642 | | Jersey Shore Anesthesia Assoc, PO Box 307, Neptune, NJ 07754-0307 |
| 519490643 | | Jersey Shore University Medical Center, nka Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519507283 | + | Lisa E. Halpern, Esq., 500 Hooper Avenue, Toms River, NJ 08753-7713 |
| 519490644 | | Meridian Med Grp - Specialty, PO Box 419801, Boston, MA 02241-9801 |
| 519490945 | | Michael Gallo, 32 Royal Dr, Brick, NJ 08723-6731 |
| 519490646 | | Nissan Motor Acceptance Corp, Bankruptcy Department, PO Box 660366, Dallas, TX 75266-0366 |
| 519490647 | | Ocean Medical Center, n/k/a Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519490649 | | Select Portfolio Servicing, Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519490650 | | The Doctor's Office of Brick LLC, 484 Temple Hill Rd Ste 103, New Windsor, NY 12553-5529 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519490631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2022 20:47:16 | Capital One, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519490632 | | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2022 20:47:30 | Capital One - Bankruptcy Department, c/o American Info Source, PO Box 54529, Oklahoma City, OK 73154-1529 |
| 519490636 | | Email/Text: ebn@rwjbh.org | Mar 14 2022 20:36:00 | Community Medical Center, Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 519490634 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2022 20:47:27 | Chase, Customer Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 519490645 | | Email/Text: ebn@rwjbh.org | Mar 14 2022 20:36:00 | Monmouth Medical Center, Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 519490648 | | Email/Text: bankruptcy@savit.com | Mar 14 2022 20:36:00 | Savit Collection Agency, For Jersey Shore Anesth #D63414, PO Box 250, East Brunswick, NJ |

| | | | |
|---|---|---|---|
| 519490652 | Email/Text: blindsay@transcontinentalcredit.com | Mar 14 2022 20:36:00 | 08816-0250<br>Trans-Continental Credit & Collection Co, For Ocean Medical Center, 200 E Post Rd Ste 130, White Plains, NY 10601-4959 |
| 519490651 | Email/Text: blindsay@transcontinentalcredit.com | Mar 14 2022 20:36:00 | Trans-Continental Credit & Collection Co, for Jersey Shore Univ Med Ctr, 44 S Broadway Ste 401, White Plains, NY 10601-4436 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Peter Broege | on behalf of Debtor Patrice A. Gallo pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5