Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

 Case No.:  22–10549–CMG
 Chapter:  7
 Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Patrice A. Gallo
 22 Regina Dr
 Brick, NJ 08724–2802

Social Security No.:
 xxx–xx–0371

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

 I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

22 Regina Drive, Brick, New Jersey.


Dated: April 6, 2022
JAN: pbf

 Jeanne Naughton
 Clerk