**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patrice A. Gallo | Social Security number or ITIN   xxx–xx–0371 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   22-10549-CMG

# Order of Discharge
12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrice A. Gallo

4/22/22

**By the court:**   Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Patrice A. Gallo  
    Debtor

Case No. 22-10549-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Apr 22, 2022     Form ID: 318     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patrice A. Gallo, 22 Regina Dr, Brick, NJ 08724-2802 |
| 519490628 | | BCA Financial Service, For Mon Med Ctr #65452139, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 519490629 | | BCA Financial Services, for Community Med Ctr #54744248, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 519490630 | | C.Tech Collections, Inc., For Hackensack Med Grp #101600159, PO Box 402, Mt. Sinai, NY 11766-0402 |
| 519490633 | | Celentano Stadtmauer & Walentowicz, Attys for Jersey Shore Uni Med Ctr, PO Box 2594, Clifton, NJ 07015-2594 |
| 519490635 | | Coastal Imaging, LLC, PO Box 4238, Portsmouth, NH 03802-4238 |
| 519490640 | | HESAA - NJ Class, Loan Servicing, PO Box 544, Trenton, NJ 08625-0544 |
| 519490637 | | Hackensack Meridian Health Med Grp, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 519490638 | | Hackensack Meridian Urgent Car, 484 Temple Hill Rd Ste 103, New Windsor, NY 12553-5529 |
| 519490639 | | Hackensack Meridian Urgent Care, PO Box 870, Newburgh, NY 12551-0870 |
| 519490641 | | Invitae Corporation, PO Box 24132, Pasadena, CA 91185-4132 |
| 519490642 | | Jersey Shore Anesthesia Assoc, PO Box 307, Neptune, NJ 07754-0307 |
| 519490643 | | Jersey Shore University Medical Center, nka Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519507283 | + | Lisa E. Halpern, Esq., 500 Hooper Avenue, Toms River, NJ 08753-7713 |
| 519490644 | | Meridian Med Grp - Specialty, PO Box 419801, Boston, MA 02241-9801 |
| 519490945 | | Michael Gallo, 32 Royal Dr, Brick, NJ 08723-6731 |
| 519490647 | | Ocean Medical Center, n/k/a Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519490649 | | Select Portfolio Servicing, Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519490650 | | The Doctor's Office of Brick LLC, 484 Temple Hill Rd Ste 103, New Windsor, NY 12553-5529 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519490631 | | EDI: CAPITALONE.COM | Apr 23 2022 00:33:00 | Capital One, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519490632 | | EDI: AIS.COM | Apr 23 2022 00:33:00 | Capital One - Bankruptcy Department, c/o American Info Source, PO Box 54529, Oklahoma City, OK 73154-1529 |
| 519490636 | | Email/Text: ebn@rwjbh.org | Apr 22 2022 20:37:00 | Community Medical Center, Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 519490634 | | EDI: JPMORGANCHASE | Apr 23 2022 00:33:00 | Chase, Customer Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 519490645 | | Email/Text: ebn@rwjbh.org | Apr 22 2022 20:37:00 | Monmouth Medical Center, Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 519490646 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 22 2022 20:36:00 | Nissan Motor Acceptance Corp, Bankruptcy Department, PO Box 660366, Dallas, TX 75266-0366 |

Case 22-10549-CMG    Doc 17    Filed 04/24/22    Entered 04/25/22 00:15:24    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 318 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 519490648 | Email/Text: bankruptcy@savit.com | Apr 22 2022 20:37:00 | Savit Collection Agency, For Jersey Shore Anesth #D63414, PO Box 250, East Brunswick, NJ 08816-0250 |
| 519490649 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 22 2022 20:37:00 | Select Portfolio Servicing, Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519490652 | Email/Text: blindsay@transcontinentalcredit.com | Apr 22 2022 20:36:00 | Trans-Continental Credit & Collection Co, For Ocean Medical Center, 200 E Post Rd Ste 130, White Plains, NY 10601-4959 |
| 519490651 | Email/Text: blindsay@transcontinentalcredit.com | Apr 22 2022 20:36:00 | Trans-Continental Credit & Collection Co, for Jersey Shore Univ Med Ctr, 44 S Broadway Ste 401, White Plains, NY 10601-4436 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Karen E. Bezner
Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Peter Broege
on behalf of Debtor Patrice A. Gallo pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5